S:\FILES\5089_OCE-NAVL+K&N\APPEAL\5089_NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt
Nathan T. Williams
75 Maiden Lane - Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff



FILED U.S. DC
NOV 20 2009
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY, )
a/s/o OCE PRINTING SYSTEMS GMBH, )   06 Civ. 6389 (DFE)
                                 )
            Plaintiff,           )
                                 )   NOTICE OF APPEAL
        - v. -                   )   IN A CIVIL CASE
                                 )
KUEHNE & NAGEL (AG & CO.) KG,    )
                                 )
            Defendant.           )

   Notice is hereby given that the plaintiff, American Home Insurance Company, a/s/o OCE Printing Systems GmbH in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in favor of Defendant Kuehne & Nagel (AG & CO.) KG, dismissing the complaint herein, together with costs and disbursements, entered in this action on the 22nd day of October, 2009.

```
Dated:  New York, New York          KENNEDY LILLIS SCHMIDT & ENGLISH
        November 19, 2009           Attorneys for Plaintiff

                                    By: /s/ Charles E. Schmidt
                                        Charles E. Schmidt
                                        Nathan T. Williams
                                        75 Maiden Lane - Suite 402
                                        New York, New York  10038-4816
                                        Telephone:  212-430-0800
```



*EATON, MAG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMERICAN HOME INSURANCE
COMPANY, A/S/O OCE PRINTING
SYSTEMS GMBH

                  Plaintiff,

-against-

KUEHNE & NAGEL (AG & CO.) KG

                  Defendant.
-------------------------------------------------------x

ECF Case
06 CV 6389 ~~(JLC)~~ (DFE)

ORDER AND JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 10/22/09

Upon reading and filing the OPINION AND ORDER dated September 29, 2009, judgment is hereby granted to the Defendant pursuant to its motion to dismiss the complaint herein, together with costs and disbursements, and Plaintiff's cross motion for summary judgment in favor of Plaintiff is hereby denied.

    SO ORDERED,

October 22, 2009

Douglas F. Eaton
United States Magistrate Judge

USDC SDNY
DATE SCANNED 10/22/09

LTG/O-for Judgment American Home v. K&N

CERTIFICATION OF SERVICE

I, Gail Zammito, hereby certify that I have served the foregoing NOTICE OF APPEAL IN A CIVIL CASE by Regular U.S. Mail, a true copy thereof, to:

> LAW OFFICES OF ERNEST H. GELMAN
> Attorneys for Defendant
> 350 Fifth Avenue, Suite 4908
> New York, New York  10118
> Attn:  Ernest H. Gelman, Esq.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on November 19, 2009.

_____
Gail Zammito